CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

FEB 03 2020

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

**DEWAYNE BAKER,**
      **Plaintiff,**

Civil Action No. 7:19-cv-00806

**DISMISSAL ORDER**

**v.**

**KING, et al,**
      **Defendant(s),**

By:  **Michael F. Urbanski**
**Chief United States District Judge**

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for plaintiff's failure to comply and the action

is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

ENTER: This 31st day of January, 2020.

*/s/ Michael F. Urbanski*
Chief United States District Judge