IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEWAYNE BAKER, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:19cv00806 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| KING, et al., | ) | By: Michael F. Urbanski |
|     Defendants. | ) | Chief United States District Judge |

Plaintiff DeWayne Baker, proceeding pro se, filed this civil rights action pursuant to 42 U.S.C. § 1983. By conditional filing orders entered December 3, 2019 and March 2, 2020, the court advised Baker that he must notify the court immediately in writing upon his transfer or release and must provide the court with a new address. See ECF Nos. 3 and 15. By order entered April 13, 2020, the court denied Baker's motion to amend. See ECF No. 20. On April 28, 2020, that order was returned to the court as undeliverable and with no forwarding address. See ECF No. 21. Baker has not provided the court with an updated address and, therefore, the court has no means of contacting him. Accordingly, the court will dismiss Baker's complaint without prejudice. Baker is advised that he may refile his claims in a separate action, subject to the applicable statute of limitations.

    **ENTER**: This __1st__ day of May, 2020.

/s/ Michael F. Urbanski
(Digitally signed by Michael F. Urbanski, Date: 2020.05.01 09:54:56 -04'00')

Michael F. Urbanski
Chief United States District Judge